NO. 07-06-0384-CV





IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



DECEMBER 13, 2006


______________________________



MARY SPIKES F/K/A MARY SPIKES EDWARDS,



 Appellant


V.



CALIBER PROPERTIES, INC.,


 

 Appellee

_________________________________



FROM THE COUNTY COURT AT LAW NO. 1 OF JEFFERSON COUNTY;



NO. 105249; HONORABLE ALFRED S. GERSON, PRESIDING


_______________________________



ORDER DISMISSING APPEAL


 _______________________________


Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 

 Appellant, by and through her attorney, has filed an unopposed motion to dismiss
because she no longer desires to pursue this appeal. Without passing on the merits of the
case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and
dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.



 Brian Quinn

 Chief Justice



ents. 

 On January 25, 2002, the Honorable Cecil G. Puryear, Judge of the 137th District
Court of Lubbock County denied Brann's application for a writ of habeas corpus. Although
this Court has appellate jurisdiction over criminal habeas matters, see Denby v. State, 627
S.W.2d 435 (Tex.App.-Houston [1st Dist.] 1981, orig. proceeding), cert. denied, 462 U.S.
1110, 103 S.Ct. 2461, it is still necessary to file a timely notice of appeal to invoke our
jurisdiction. See Tex. R. App. P. 25.2(a) and 26.2(a). No notice of appeal was filed from
Judge Puryear's order and the time for doing so has lapsed. 

 Brann also requests that we grant him an out-of-time appeal; however, Brann may
have a remedy by filing a post-conviction writ of habeas corpus returnable to the Texas
Court of Criminal Appeals for consideration of an out-of-time appeal. Tex. Code Crim.
Proc. Ann. art. 11.07 (Vernon Supp. 2003).

 Accordingly, Brann's motion for rehearing is overruled.

 Don H. Reavis

 Justice

 


Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.